UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIM SEDEAM, DENISE SEDAM,**<br><br>                    **PLAINTIFFS,**<br>**V.**<br><br>**KELKRIS ASSOCIATES, INC., TERRY A. DUREE, INC.,**<br><br>        **DEFENDANT.** | Case No: 2:14-CV-00660-JAM-AC<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>HON. JOHN A. MENDEZ |

    Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice. This Court retains jurisdiction to enforce the settlement of this action.

    IT IS SO ORDERED.


Dated: 7/2/2014                    /s/ John A. Mendez_____
                                   HON. JOHN A. MENDEZ
                                   UNITED STATES DISTRICT JUDGE